In the United States District Court for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
NOV 12 2025
PER _____ DEPUTY CLERK

Plaintiff: Johnny Perez

v. Defendants:
Secretary of Corrections- Laurel Harry; Superintendent Kendell; Deputy Superintendent Albert; Deputy Superintendent Jennifer McClellan; Major Kevin Bly; Major Ross Miller; C.C.P.M Lacosta Mussoline; C.C.I.M Erin Miller; Lt. Mohn; Unit Manager Dodson; Counselor Roth; D.O.C Capt. Baptiste; Capt. Elwell; Lt. Eddon; C/o Allison C/o Reyes C/o Garcia Sgt. Shruggs

## Complaint

Plaintiff, Johnny Perez, Pro Se, hereby brings this 42 U.S.C §§ 1981, 1983, 1985, and 1986 Complaint on the above listed Defendants in their Official and Individual Capacities for the Deprivation of Rights while acting under the Color of Law listed in this Complaint. Plaintiff hereby joins Defendants per Fed. R. Civ. P. rule 20 for a series of transactions arising out of several Occurances.

### I. Jurisdiction

This said Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3); and can grant relief under 28 U.S.C. §§ 2201-2202, and §§ 2283-84, as well as rule 65 of the Fed. R. Civ. P. (Declaratory and Injunctive). The Court has supplimental jurisdiction over the Plaintiffs state Law claims under 28 U.S.C § 1367.

## II Claims

Plaintiff avers claims of: ① violation of Equal Protection ② Violation of Due Proccess ③ Conspiracy ④ Cruel and unusual Punishment ⑤ Defamation of Character ⑥ Violation of Public Officials and Employee Act, under 65 Pa. C.S. §§ 1101-1113, and Violation of State Adverse Interest Act, under 71 P.S. §§ 776.1-776.8 and Title 37 Pa. Code § 93.11, which triggered a Due Proccess violation under the 14th Amendment; Neglect ⑦ Violation of 18 U.S.C. §§ 241-245. That the conduct complained herein was Part of an ongoing continuing Practice in order to Harrass, putting mental Strain, and intimidate Plaintiff. ⑧ failure to Protect.

## III Relief

Plaintiff hereby Requests ① C and I or any Outside inspectors to Properly inspect this institution for Mold, Lead, aspestos, and any other unsanitary Disease that is putting inmates in harms way. ② 300,000 Inpunitive Damages ③ 500,000 incompensatary for mental and Emotional Damages. ④ Class Action ⑤ Court Cost ⑥ Cost incurred for Postage and Copies ⑦ Attorney Fees ⑧ Any relief a court Deem just and Appropriate. ⑨ For All defendants to be reprimanded, suspended without Pay and or Terminated.

## IV Facts

① On 10-15-25 At approximately 2018 Plaintiff was taken off the unit in General population and Escorted to the R.H.U without reason

or notice. This is after Plaintiff and another inmate which is favored by the institutions security decided to enter another inmates cell in order to Play a Birthday joke that was allowed by officers at first until Plaintiff at or around 1836 got into a verbal Altercation with % Garcia who informed him that, "Pussy im gonna make sure you go to the hole tonight Bitch!" Then around 2000 the Prisoner involved with going in the Cell informed him that % Garcia informed him he's sending Perez to the hole but for him not to worry it he's on Camera he will keep him out for sure. This is considered Discrimatory and a Conspiracy under 18 U.S.C. §§ 241-245. Its Maliciouse and a form of Retaliation. If it was like that All Parties should have been taken to the R.H.U.

② Upon being placed in the R.H.U plaintiff did not recieve any reason or notice at all, let alone within the 24hr. requirement under title 37 Pa. §§ 93.11/Dc Adm 802. which violated the due process under title Pa. 37 code §93.11:65 Pa.c.s. §§ 1101-1113; and 71.P.S. §776.1-776.8 triggering a 14th Amendment due Process violation. Plaintiff placement became a Punishment, in fact, an Act of corpral Punishment in Violation of Code of Ethics and title 37 §B.11 also violating D.o.c rules, regulations and State Law.

③ Plaintiff was placed in an unclean cell, with dry Blood, Feces, Matt without its proper Plastic Cover, floor Extremely Dirty, and orange old O.C. Spray stains Covering the wall being subjected to Diseases →

(Addition which can also be verified) It has been two fires and Even with the block being filled with smoke the Officers went Outside yet forced us to suffer coufting and trying to Breath in the cell. I have really bad Asthma. 11-3-25

→and Burning from O.C. which reactivates when it touches your skin. if You put Your hands on it then touch your Eyes, testicles, or any other Part of Your body it will Burn. No cell is Cleaned by any one before or After an inmate leaves or another Arrives.

(4) Plaintiff endured excessive exposure almost Daily to O.C. as Staff are spraying Prisoners for no reason and not following Protocol. Just this morning 11·4·25 Plaintiff and Cellmate Anthony Clay woke up for Lunch with Casting Fit and Burning sensation Due another inmate being Sprayed. Everyone should not have to Endure this torture. it's truly unfair. Staff are Maliciously Burning us for meals if the Block is to loud, they Burn us for Showers (which are never Cleaned) they Burn us for Razors, Law Library, etc. when they don't feel like working.

(5) To my understanding Mail is a Federal Crime if messed around with Yet down here they simply bypass the mail Your told to place on the Door if You want it to go out. If You can view through Botch Camera footage On 10·29·25 Plaintiff placed mail on the Door to be sent out. it wasn't until 11·3·25 when he was forced to argue with the Officer for him to take it. cause he tempted to say the same thing "Mail went out" which is false.

(6) On 11·4·25 Capt. Elwel decided to search our section. the Two Officers that got to my cell was %o Vega and %o Gonzales. During the search Lt. Eddons took it upon himself to interfere. suddenly I see my Personal books flying out of my cell (can be seen on Botch cam) →

I asked why was he doing this. He answered me by saying, "Shut the fuck up." I informed him that my family paid for them so he ordered the Officers to take me and my cell-mate the "Think tank" so that he doesn't have to hear my voice. So with only T-shirt, Boxers, and Slippers we were escorted to the Holding tank in front of Nurses, other inmates, and other Officers. 7pm or so we were escorted back to our cell, I noticed that pages that I Documented this torture on was ripped out of my Composition book. My legal work from the Courts was gone. me and my cell-mates Pens were taken and no Confiscation Slip was Afforded to us. Inmates yelled that Yo Allison who thinks she's above the Law went in my cell and was in there alone for Awhile. When I looked in the toilet all of the things that were being Done wrong to me that I Documented in my Book was now floating in the Toilet ripped to shreds. Everything that is written can be viewed on the institutions Botch Camera footage..

⑧ Weekly I informed P.R.C which consisted of Defendants McClelland, Bly, Miller, Mussoline, Miller, Dodson, and Roth of the living conditions and failure to Provide any reason or notice for placement. etc. listed in Averment #1-5. I was told that it doesn't look bad to them and that if I don't like it stay out stupid then walked off. thus showing their part in the conspiracy. Discrimination. failure to Protect from exposure to infections and Diseases, continuing the Cruel and Unusual Punishment. and Defamation of my Character.

⑧ Can be verified by To Huffman. On 10·30·25 I was Escorted by Mr. Huffman to inventory my Property. immediately when he opened it he noticed the reciept that was in my box was incomplete but signed by "Garcia. all of my food, Cosmetics, sneakers, sweats tablet and T.v. was missing. Mr. Huffman who is the Property officer stated that this Happens everytime. but the good thing with me is that nobody should've had Access to my Property because my cell was locked by the Captain at 9pm so it will be easy to check on camera and verify who went in my cell to Pack my belongings. We have 3 inmates who can verify that Green light was given for inmates to Grab what they wanted from my Belongings. Botch footage will verify the facts.

⑨ I kept writing Lt. Smith who lied to my face that he would see me and never did. Being as though I was not provided an 802. I had no process to Appeal my Placement I was threatened about making complaints with longer stay in R.H.U under unsanitary conditions. and mere requests brought about destruction of Property and then after 17 days I recieved a misconduct with a lie. Not even so why was I the only one Chosen when it was 3 involved. I informed Smith how unfair it is that im not one of his workers who gives him info. im chosen as the scapegoat in a lie, which rendered any other remedy unavailable for exaustion purposes.

(10) None. of the staff members reported the other and those are the same staff that has taken an Oath of Duty to Protect us. and rehabilitate us for Society. but has utilized their position to Harrass and Humiliate me's Violating my Constitutional Rights knowingly. and dispensed to a Mental Health Prisoner thus placing my Mental Stability on threads. in which. I had to recieve treatment which the D.O.C is liable for an American with Disabilities Act (ADA) Violation. As I am on the Mental Health Roster w/ M.H.P. Violating Constitution and Code of Ethics. This has caused Post Traumatic Stress reactions which caused me to go to a Psychological Observation cell in order to sleep and get away from this Abuse.

    Wherefore. I ask that this Court hold this Complaint to a Less Stringent Standard then formal Pleadings drafted by Lawyers. make inferences where required and Allow this Complaint to Proceed. Submitted under 28 u.s.c 81746 Nov. 4, 2025

S.C.I Camphill
P.O. Box 8837
Camphill Pa. 17001

To: Clerks Office
U.S.M.D. Courthouse
1501 N. 6th St. Suite 101
Harrisburg Pa. 17102

Re: Complaint Enclosed

Dear Clerk:
    I am in need of 18 U.S. Marshall Forms, one Notice of Lawsuit, One waiver of service form and I.F.P Application in order to Completely File Enclosed Complaint.

                    Thank You

                    SCI-Camphill
                    P.O. Box 8837
                    Camphill Pa. 17001

Johnny Perez QG7588
P.O. Box 8837
Camphill, Pa. 17001
SCI Camphill

Clerks Office
U.S.M.D. Courthouse
1501 N. 6th St. Suite 101
Harrisburg, Pa. 17102

Inmate Mail
PA DEPT. OF
CORRECTIONS



RECEIVED
HARRISBURG, PA

NOV 12 2025

PER _____
DEPUTY CLERK